1008

[No. 72634-0-I. Division One. November 9, 2015.]

*In the Matter of the Detention of* H.L.

THE STATE OF WASHINGTON, *Respondent*, v. H.L., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-6-02815-1, Beth M. Andrus, J., entered October 22, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Lau, JJ.

[No. 72708-7-I. Division One. November 9, 2015.]

MARSHA K. MCFADDEN, *as Personal Representative, Appellant*, v. SOUTH SOUND INPATIENT PHYSICIANS, PLLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-32639-6, Samuel Chung, J., entered October 17, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, C.J., and Verellen, J.

[No. 72714-1-I. Division One. November 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMIAH JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-00286-1, Ellen J. Fair, J., entered October 22, 2014. *Affirmed* by unpublished opinion per Lau, J., concurred in by Appelwick and Schindler, JJ.

[No. 72810-5-I. Division One. November 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. XHAVIER TERRY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-01930-5, Bruce I. Weiss, J., entered November 20, 2014. *Dismissed* by unpublished opinion per Spearman, C.J., concurred in by Becker and Verellen, JJ.